AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Barksdale, Patricia D. | United States District Court, Middle District of Florida | 12/14/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full-time United States Magistrate Judge | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

Bryan Simpson United States Courthouse
300 North Hogan Street, Suite 5-311
Jacksonville, Florida 32202

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member; President of the Board | Chester Bedell American Inn of Court (non-profit entity) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barksdale, Patricia D. | 12/14/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Bedell, Dittmar, DeVault, Pillans & Coxe, Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Florida Bar | 6/22/2017 to 6/23/2017 | Boca Raton, Florida | Participation in Federal Judicial Roundtable (CLE) | Lodging, transportation, and meals |
| 2. | The Florida Bar | 8/17/2017 to 8/18/2017 | West Palm Beach, Florida | Participation in Employment Law Seminar (CLE) | Lodging, transportation, and meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Merrill Lynch Wealth Management | Credit Card | J |
| 2. | Episcopal School of Jacksonville | Tuition Agreement | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barksdale, Patricia D. | 12/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account 1 | | | | | | | | | |
| 2. - Bank of America, NA RASP | A | Interest | K | T | | | | | |
| 3. -American Amcap Fund | | None | J | T | | | | | |
| 4. -American Washington Mutual Invest. | A | Dividend | J | T | | | | | |
| 5. -American Growth Fund of America | | None | K | T | Sold (part) | 09/26/17 | K | D | |
| 6. -American Capital Wld Frw & Inc | A | Dividend | K | T | Sold (part) | 09/26/17 | K | D | |
| 7. -Blackrock High Yield Muncipal Fund C | A | Dividend | J | T | Sold (part) | 09/26/17 | J | A | |
| 8. -Blackrock Equity Dividend Fund C | A | Dividend | | | Sold | 12/21/17 | K | A | |
| 9. | | | | | Sold (part) | 09/22/17 | K | E | |
| 10. -Blackrock Equity Dividend Fund A | A | Dividend | K | T | Sold (part) | 09/26/17 | K | A | |
| 11. -Delaware Value Fund C | A | Dividend | K | T | Sold (part) | 01/25/17 | J | A | |
| 12. -JP Morgan Large Cap Growth Fund C | | None | L | T | Sold (part) | 09/26/17 | K | E | |
| 13. -Loomis Sayles Growth Fund C | | None | K | T | | | | | |
| 14. -Putnam Capital Spectrum CL C | | None | J | T | | | | | |
| 15. | | | | | | | | | |
| 16. Brokerage Account 2 | | | | | | | | | |
| 17. -Bank of America, NA RASP | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barksdale, Patricia D. | 12/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Ishares MSCI EAFE | A | Dividend | K | T | Buy (add'l) | 05/22/17 | J | | |
| 19. | | | | | Buy (add'l) | 01/26/17 | J | | |
| 20. -Ishares IBOXX $ Invt Grade Corp Bd | A | Dividend | J | T | Buy (add'l) | 01/26/17 | J | | |
| 21. -Ishares TIPS Bond ETF | A | Dividend | J | T | Sold (part) | 01/26/17 | J | A | |
| 22. | | | | | Buy (add'l) | 01/31/17 | J | | |
| 23. -Ishares 3-7 Year Treasury Bond ETF | A | Dividend | J | T | Buy (add'l) | 01/26/17 | J | | |
| 24. | | | | | Buy (add'l) | 01/31/17 | J | | |
| 25. -Ishares MBS ETF | A | Dividend | J | T | Buy (add'l) | 05/22/17 | J | | |
| 26. | | | | | Buy (add'l) | 01/26/17 | J | | |
| 27. | | | | | Buy (add'l) | 01/31/17 | J | | |
| 28. -Ishares IBOXX$ High Yield Corp Bd | A | Dividend | J | T | Buy (add'l) | 01/31/17 | J | | |
| 29. -Ishares INC Core MSCI Emerging Mkt. | A | Dividend | J | T | Buy (add'l) | 05/22/17 | J | | |
| 30. | | | | | Buy (add'l) | 01/26/17 | J | | |
| 31. | | | | | Buy (add'l) | 01/31/17 | J | | |
| 32. -Powershares EM Sovereign (see add'l info about name change of asset) | A | Dividend | J | T | Buy (add'l) | 01/26/17 | J | | |
| 33. | | | | | Buy (add'l) | 01/31/17 | J | | |
| 34. -Powershares Preferred | A | Dividend | J | T | Buy (add'l) | 01/26/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barksdale, Patricia D. | 12/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 01/31/17 | J | | |
| 36.  -Vaneck Vectors J.P. | A | Dividend | J | T | Buy (add'l) | 01/26/17 | J | | |
| 37. | | | | | Buy (add'l) | 01/31/17 | J | | |
| 38.  -Vanguard Small Cap Value ETF | A | Dividend | J | T | Buy (add'l) | 01/26/17 | J | | |
| 39. | | | | | Buy (add'l) | 01/31/17 | J | | |
| 40.  -Vanguard Small Cap Growth ETF | A | Dividend | J | T | Buy (add'l) | 05/22/17 | J | | |
| 41. | | | | | Buy (add'l) | 01/26/17 | J | | |
| 42. | | | | | Buy (add'l) | 01/31/17 | J | | |
| 43.  -Vanguard Value ETF | A | Dividend | K | T | Buy (add'l) | 01/31/17 | J | | |
| 44. | | | | | Sold (part) | 01/26/17 | J | A | |
| 45.  -Vanguard Growth ETF | A | Dividend | K | T | Buy (add'l) | 01/31/17 | J | | |
| 46. | | | | | Sold (part) | 01/26/17 | J | A | |
| 47.  -Vanguard Intermediate Term Bond ETF | A | Dividend | J | T | Buy (add'l) | 05/22/17 | J | | |
| 48. | | | | | Buy (add'l) | 01/26/17 | J | | |
| 49. | | | | | Buy (add'l) | 01/31/17 | J | | |
| 50.  -Vanguard Short Term Bond | A | Dividend | J | T | Buy (add'l) | 05/22/17 | J | | |
| 51. | | | | | Buy (add'l) | 01/26/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barksdale, Patricia D. | 12/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 01/31/17 | J | | |
| 53. Brokerage Account 3 | | | | | | | | | |
| 54. -Bank of America, NA RASP | A | Interest | J | T | | | | | |
| 55. -American New World Fund (X) | A | Dividend | K | T | Sold (part) | 10/17/17 | J | A | |
| 56. | | | | | Sold (part) | 07/14/17 | J | A | |
| 57. | | | | | Sold (part) | 05/19/17 | J | A | |
| 58. | | | | | Buy (add'l) | 02/16/17 | J | | |
| 59. -Artisan International Fund ADV CL | | | | | Sold | 03/17/17 | J | A | |
| 60. | | | | | Buy (add'l) | 02/16/17 | J | | |
| 61. | | | | | Sold (part) | 02/21/17 | K | D | |
| 62. -Eaton Vance Atlanta Capital SMID CAP | | None | J | T | Sold (part) | 07/14/17 | J | A | |
| 63. | | | | | Sold (part) | 06/08/17 | J | | |
| 64. | | | | | Buy (add'l) | 05/19/17 | J | | |
| 65. | | | | | Buy (add'l) | 02/16/17 | J | | |
| 66. | | | | | Buy (add'l) | 01/27/17 | J | | |
| 67. -Harding Loevner Intl. | A | Dividend | K | T | Sold (part) | 10/17/17 | J | A | |
| 68. | | | | | Buy (add'l) | 07/14/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barksdale, Patricia D. | 12/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 06/08/17 | J | | |
| 70. | | | | | Sold (part) | 05/19/17 | J | A | |
| 71. | | | | | Buy | 02/16/17 | K | | |
| 72. -John Hancock Disciplined Value Mid CAP CL C | A | Dividend | J | T | Sold (part) | 07/14/17 | J | A | |
| 73. | | | | | Sold (part) | 06/08/17 | J | | |
| 74. | | | | | Buy (add'l) | 05/19/17 | J | | |
| 75. | | | | | Sold (part) | 02/16/17 | J | A | |
| 76. | | | | | Buy (add'l) | 01/27/17 | J | | |
| 77. -JP Morgan Core Bond Fund | A | Dividend | K | T | | | | | |
| 78. | | | | | Buy (add'l) | 07/14/17 | J | | |
| 79. | | | | | Buy (add'l) | 06/08/17 | J | | |
| 80. | | | | | Buy (add'l) | 05/19/17 | J | | |
| 81. | | | | | Buy (add'l) | 02/16/17 | J | | |
| 82. | | | | | Buy (add'l) | 01/27/17 | J | | |
| 83. -Loomis Sayles Growth | A | Dividend | K | T | Sold (part) | 10/17/17 | J | A | |
| 84. | | | | | Sold (part) | 07/14/17 | J | A | |
| 85. | | | | | Sold (part) | 06/08/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barksdale, Patricia D. | 12/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 05/19/17 | J | A | |
| 87. | | | | | Buy | 02/16/17 | K | | |
| 88.   -Loomis Sayles Bond FD | A | Dividend | J | T | Buy (add'l) | 06/08/17 | J | | |
| 89. | | | | | Buy (add'l) | 05/19/17 | J | | |
| 90. | | | | | Buy (add'l) | 02/16/17 | J | | |
| 91. | | | | | Buy (add'l) | 01/27/17 | J | | |
| 92.   -Metropolitan West Total Return Bond FD FL I | A | Dividend | K | T | Buy (add'l) | 07/14/17 | J | | |
| 93. | | | | | Buy (add'l) | 06/08/17 | J | | |
| 94. | | | | | Buy (add'l) | 05/19/17 | J | | |
| 95. | | | | | Buy (add'l) | 02/16/17 | J | | |
| 96. | | | | | Buy (add'l) | 01/27/17 | J | | |
| 97.   -Parnassus Core Equity | A | Dividend | K | T | Buy (add'l) | 07/14/17 | J | | |
| 98. | | | | | Sold (part) | 06/08/17 | J | | |
| 99. | | | | | Buy (add'l) | 05/19/17 | J | | |
| 100. | | | | | Buy | 02/16/17 | J | | |
| 101.   The Oakmark Int'l Fund | A | Dividend | K | T | Sold (part) | 10/17/17 | J | A | |
| 102. | | | | | Sold (part) | 07/14/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barksdale, Patricia D. | 12/14/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 06/08/17 | J | | |
| 104. | | | | | Sold (part) | 05/19/17 | J | A | |
| 105. | | | | | Buy (add'l) | 02/16/17 | J | | |
| 106. -Western Asset Core Bond FD CL I | A | Dividend | K | T | Buy (add'l) | 07/14/17 | J | | |
| 107. | | | | | Buy (add'l) | 06/08/17 | J | | |
| 108. | | | | | Buy (add'l) | 05/19/17 | J | | |
| 109. | | | | | Buy (add'l) | 02/16/17 | J | | |
| 110. | | | | | Buy (add'l) | 01/27/17 | J | | |
| 111. -Loomis Large Cap Growth FD | A | Dividend | K | T | Sold (part) | 02/15/17 | J | A | |
| 112. -Delaware Capital Large Cap Value Fund | A | Dividend | K | T | Sold (part) | 02/15/17 | J | A | |
| 113. | | | | | | | | | |
| 114. Brokerage Account 4 | | | | | | | | | |
| 115. ML BANK DEPOSIT PROGRAM | A | Interest | J | T | Open | 10/02/17 | J | | |
| 116. ISHARES IBOXX $ | A | Dividend | J | T | Buy | 10/02/17 | J | | |
| 117. ISHARES INC CORE MSCI | A | Dividend | J | T | Buy | 10/02/17 | J | | |
| 118. ISHARES MBS ETF | A | Dividend | J | T | Buy | 10/02/17 | J | | |
| 119. ISHARES MSCI EAFE | A | Dividend | K | T | Buy | 10/02/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barksdale, Patricia D. | 12/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. ISHARES TIPS | A | Dividend | J | T | Buy | 10/02/17 | J | | |
| 121. ISHARES 3-7 YEAR | A | Dividend | J | T | Buy | 10/02/17 | J | | |
| 122. POWERSHARES EM SOVEREIGN | A | Dividend | J | T | Buy | 10/02/17 | J | | |
| 123. POWERSHARES NATIONAL | A | Dividend | J | T | Buy | 10/02/17 | J | | |
| 124. SPDR NUVEEN BLMBRG | A | Dividend | J | T | Buy | 10/02/17 | J | | |
| 125. VANECK VECTORS AMT FREE | A | Dividend | K | T | Buy | 10/02/17 | K | | |
| 126. VANECK VECTORS HIGH | A | Dividend | J | T | Buy | 10/02/17 | J | | |
| 127. VANECK VECTORS JP | A | Dividend | J | T | Buy | 10/02/17 | J | | |
| 128. VANGUARD GROWTH ETF | A | Dividend | K | T | Buy | 10/02/17 | K | | |
| 129. VANGUARD INTERMEDIATE TERM BOND ETF | A | Dividend | J | T | Buy | 10/02/17 | J | | |
| 130. VANGUARD SHORT TERM BOND | A | Dividend | J | T | Buy | 10/02/17 | J | | |
| 131. VANGUARD SMALL CAP GROWTH ETF | A | Dividend | J | T | Buy | 10/02/17 | J | | |
| 132. VANGUARD SMALL CAP VALUE | A | Dividend | J | T | Buy | 10/02/17 | J | | |
| 133. VANGUARD VALUE ETF | A | Dividend | K | T | Buy | 10/02/17 | K | | |
| 134. | | | | | | | | | |
| 135. College 529 Plan #1 | | | | | | | | | |
| 136. -Blackrock Age 14 to 16 YRS C | | None | J | T | Sold (part) | 10/23/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barksdale, Patricia D. | 12/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 11/17/17 | J | | |
| 138. | | | | | Buy (add'l) | 12/19/17 | J | | |
| 139.  -Blackrock Age 14 to 16 YRS A | None | | K | T | Buy | 10/23/17 | J | | |
| 140.  -MFS Age 14 to 15 YRS C | None | | J | T | Buy (add'l) | 10/17/17 | J | | |
| 141. | | | | | Buy (add'l) | 11/17/17 | J | | |
| 142. | | | | | Sold (part) | 11/20/17 | J | A | |
| 143. | | | | | Buy (add'l) | 12/19/17 | J | | |
| 144.  -MFS Age 14 to 15 YRS A | None | | K | T | Buy | 11/20/17 | J | | |
| 145. | | | | | | | | | |
| 146.  College 529 Plan #2 | | | | | | | | | |
| 147.  -Blackrock Age 17 to 19 YRS A | None | | K | T | | | | | |
| 148.  -Blackrock Age 17 to 19 YRS C | None | | J | T | Buy (add'l) | 10/17/17 | J | | |
| 149. | | | | | Buy (add'l) | 11/17/17 | J | | |
| 150. | | | | | Buy (add'l) | 12/19/17 | J | | |
| 151.  -MFS Age 17 YRS C | None | | J | T | Buy (add'l) | 10/17/17 | J | | |
| 152. | | | | | Sold (part) | 10/31/17 | K | A | |
| 153. | | | | | Buy (add'l) | 11/17/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barksdale, Patricia D. | 12/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 12/19/17 | J | | |
| 155. -MFS Age 17 YRS A | | None | J | T | Buy | 10/31/17 | K | | |
| 156. | | | | | | | | | |
| 157. Merrill Lynch Account | A | Interest | J | T | | | | | |
| 158. | | | | | | | | | |
| 159. TD Bank HSA | A | Interest | J | T | | | | | |
| 160. | | | | | | | | | |
| 161. MVP Plan Administrators 50/50 Moderate Portfollio (Bedell, Dittmar, De | A | Dividend | O | T | | | | | |
| 162. | | | | | | | | | |
| 163. Florida Prepaid College Plan | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barksdale, Patricia D. | 12/14/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, LineS 135 to 155, concern college 529 plans. Because the ages of the child beneficiaries have changed, the 529 plan changed. As age-based portfolios, the funds are automatically changed.

Part VII, Line 161, is the "MVP Plan Administrators 50/50 Moderate Portfollio (Bedell, Dittmar, DeVault, Pillans & Coxe PA EEs 401k PSP&T." Under this plan, a participant may select low risk, medium risk, or high risk portfolios. Or, the participant may select one of three specific mutual funds. Or, the participant may select a combination (risk-based and mutual fund). We have selected the medium-risk portfolio.

Part VII, line 32 (current report) and Part VII, line 25 (2016 report). Please note in response to the November 26, 2018, letter of inquiry that "Powershares Global Exch. Traded FD TR," listed in Part VII, line 25 (2016 report) is the same asset as "Powershares EM Sovereign," listed in Part VII, line 32 (current report). The name changed but the asset is the same. The name has changed again to Invesco Emerging Markets Sovereign Debt. The symbol has stayed the same throughout these time periods: PCY.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Patricia D. Barksdale**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544